# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| ACQIS LLC, a Texas limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>HON HAI PRECISION INDUSTRY CO., LTD., d/b/a FOXCONN,<br><br>    Defendant. | §<br>§<br>§<br>§<br>§<br>§   NO. 6:23-CV-00264-ADA-DTG<br>§<br>§   JURY TRIAL DEMANDED<br>§<br>§<br>§<br>§ |

## JOINT MOTION FOR ENTRY OF SCHEDULING ORDER

Plaintiff Acqis LLC and Defendant Hon Hai Precision Industry Co., Ltd. d/b/a Foxconn (collectively, the "Parties") file this Joint Motion for Entry of Scheduling Order. The Parties have agreed upon the proposed Scheduling Order submitted herewith and, by this Joint Motion, respectfully ask the Court to enter the same as record and for such other and further relief as the Court deems suitable and just.

Dated: November 20, 2023

Respectfully submitted,

By: */s/ David A. Caine w/ permission*
<u>Garrett C. Parish</u>

David A. Caine
Arnold & Porter Kaye Scholer LLP
3000 El Camino Real, Building 5, Suite 500
Palo Alto, CA 94306
(650) 319-4500
Fax: (650) 319-4700
Email: david.caine@arnoldporter.com

*Of Counsel:*
Charles Everingham IV

Texas State Bar No. 00787447
E-mail: ce@wsfirm.com
Claire Abernathy Henry
Texas State Bar No. 00787447
E-mail: claire@wsfirm.com
Andrea L. Fair
Texas State Bar No. 24078488
E-mail: andrea@wsfirm.com
Garrett C. Parish
903-757-6400
Email: gparish@wsfirm.com
WARD, SMITH & HILL, PLLC
1507 Bill Owens Parkway
Longview, TX 75604
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)

***Attorneys for Plaintiff***
***Acqis LLC***

By: */s/ Mark D. Siegmund w/ permission*
*Garrett C. Parish*
Mark D. Siegmund
State Bar No. 24117055
CHERRY JOHNSON SIEGMUND JAMES PLLC
The Roosevelt Tower
400 Austin Avenue, 9th Floor
Waco, TX 76701
Telephone: (254) 732-2242
Facsimile: (866) 627-3509
msiegmund@cjsjlaw.com

Lisa K. Nguyen
ALLEN & OVERY LLP
550 High Street, Second Floor
Palo Alto, CA 94301
Telephone: (650) 388-1724
lisa.nguyen@allenovery.com

Noah A. Brumfield (admission application pending)
Colby A. Davis (admission application pending)
ALLEN & OVERY LLP
1101 New York Avenue NW
Washington, D.C. 20005
Telephone: (202) 683-3847

noah.brumfield@allenovery.com
colby.davis@allenovery.com

***Attorneys for Defendant***
***Hon Hai Precision Industry Co., Ltd.***

# CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that on November 20, 2023 all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

*/s/ Garrett Parish*
Garrett C. Parish