United States District Court
Western District of Texas
Waco
**Deficiency Notice**

| | |
|---|---|
| To: | Parish, Garrett C. |
| From: | Court Operations Department, Western District of Texas |
| Date: | Wednesday, February 21, 2024 |
| Re: | 06:23-CV-00264-ADA / Doc # 24 / Filed On: 02/21/2024 02:12 PM CST |

Pursuant to the <u>Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases</u>, the following pleading has been filed. However, it is deficient in the area(s) checked below. Please correct the deficiency(ies), as noted below, and re-file document **IMMEDIATELY**. When re-filing document, other than a motion, please ensure you add 'corrected' to the docket text. If the document you are re-filing is a motion, select 'corrected' from the drop-down list.

**If an erroneous filing results in failure to meet a deadline, you will need to seek relief, for any default, from the presiding judge.**

(1) Other
   Remarks: Judge Albright's 1/23/24 Standing Order Governing Proceedings – Patent Cases, p10, #11 says "The proposed Order shall omit the word "Proposed" from the title." DO NOT REFILE THE MOTION. Please file a corrected proposed order and link to doc 24.