# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### WACO DIVISION

ACQIS LLC

vs.                                              Case No.: 6:23-cv-00264-ADA

Hon Hai Precision Industry Co., Ltd.

# **ORDER**

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by  Daniel P. Margolis , counsel for Hon Hai Precision Industry Co., Ltd. , and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Daniel P. Margolis  may appear on behalf of Hon Hai Precision Industry Co., Ltd. in the above case.

IT IS FURTHER ORDERED that Daniel P. Margolis , if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of March _____, 20 _____.

_____
UNITED STATES DISTRICT JUDGE