IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| ACQIS LLC,<br>a Texas limited liability company,<br><br>        Plaintiff,<br><br>    v.<br><br>HON HAI PRECISION INDUSTRY CO.,<br>LTD., dba Foxconn, a Taiwanese corporation,<br><br>        Defendant. | Case No. 6:23-cv-264-ADA<br><br>JURY TRIAL DEMANDED |

**NOTICE OF APPEARANCE OF COUNSEL**

Defendant Hon Hai Precision Industry Co., Ltd., dba Foxconn, a Taiwanese corporation (hereinafter "Hon Hai" or "Defendant") files this Notice of Appearance, and herby notifies the Court that Colby A. Davis, of the law firm Allen & Overy LLP, 1101 New York Ave NW, Washington, DC 20005, Telephone (202) 683-3834, Fax (202) 683-3999, E-mail: colby.davis@allenovery.com has entered this action as counsel for Hon Hai. In connection with this notice, Mr. Davis requests that all future pleadings and other papers filed under Fed. R. Civ.P. 5 be served on him at the above address and contact information.

Dated: March 7, 2024                    Respectfully submitted,

                                        By: /s/ Colby A. Davis

                                        Colby A. Davis (*admitted in this District*)
                                        ALLEN & OVERY LLP
                                        1101 New York Ave NW,
                                        Washington, DC 20005
                                        Tel.: (202) 683-3834
                                        Fax: (202) 683-3999
                                        E-mail: colby.davis@allenovery.com

                                        Mark D. Siegmund
                                        Cherry Johnson Siegmund James, PLLC
                                        400 Austin Ave., Ste 9th Floor
                                        Waco, TX 76701
                                        Tel.: 254-732-2242
                                        Fax: 866-627-3509
                                        Email: msiegmund@cjsjlaw.com

                                        *Attorneys for Defendant Hon Hai Precision Industry Co., Ltd.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 7, 2024, the foregoing was served on all counsel of record by e-mail.

*By: Colby A. Davis*
Colby A. Davis