# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| ACQIS LLC, a Texas Limited liability company<br><br>Plaintiff,<br><br>v.<br><br>HON HAI PRECISION INDUSTRY CO., LTD.,<br><br>Defendant. | Case No. 6:23-cv-00264-ADA |

## MOTION TO WITHDRAW AS COUNSEL

Defendant Hon Hai Precision Industry Co., Ltd. hereby moves the Court for an order withdrawing Lisa K. Nguyen as counsel for Defendant. This motion is based on good cause. Lisa K. Nguyen has left the firm of Allen & Overy LLP. Allen & Overy LLP and Cherry Johnson Siegmund James, PLLC will remain as counsel of record for Defendant.

DATED: March 13, 2024

Respectfully submitted,

*/s/ Lisa K. Nguyen*
Lisa K. Nguyen
PAUL HASTINGS LLP
1117 S. California Avenue
Palo Alto, CA 94304
Telephone: (650) 320-1800
Facsimile: (650) 320-1900
Email: lisanguyen@paulhastings.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of March, 2024, a true and correct copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system. As of this date, all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system.

>	*/s/ Lisa K. Nguyen*
>	Lisa K. Nguyen