# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| ACQIS LLC, a Texas Limited liability company<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HON HAI PRECISION INDUSTRY CO., LTD.,<br><br>　　　　　Defendant. | Case No. 6:23-cv-00264-ADA |

## ORDER GRANTING MOTION TO WITHDRAW ATTORNEY

The Court, having considered Defendant Hon Hai's motion to withdraw Lisa K. Nguyen as counsel of record, and for good cause shown, finds that the motion should be GRANTED.

IT IS HEREBY ORDERED that Lisa K. Nguyen of Paul Hastings LLP is hereby withdrawn as counsel of record for Defendant Hon Hai Precision Industry Co., Ltd. and that she be removed from the Clerk's service list.

SIGNED this _____ day of _____, 2024.

_____
HON. ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE