# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| ACQIS LLC,<br>a Texas limited liability company,<br><br>    Plaintiff,<br><br>  v.<br><br>HON HAI PRECISION INDUSTRY CO.,<br>LTD., dba Foxconn, a Taiwanese corporation,<br><br>    Defendant. | Case No. 6:23-cv-264-ADA<br><br>JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE OF COUNSEL

Defendant Hon Hai Precision Industry Co., Ltd., dba Foxconn, a Taiwanese corporation (hereinafter "Hon Hai" or "Defendant") files this Notice of Appearance, and herby notifies the Court that Megan M. Ines, of the law firm Allen & Overy LLP, 1101 New York Ave NW, Washington, DC 20005, Telephone (202) 683-3881, Fax (202) 683-3999, E-mail: megan.ines@allenovery.com has entered this action as counsel for Hon Hai. In connection with this notice, Ms. Ines requests that all future pleadings and other papers filed under Fed. R. Civ.P. 5 be served on her at the above address and contact information.

Dated: March 13, 2024                    Respectfully submitted,

By: /s/ Megan M. Ines
    Megan M. Ines

Daniel P. Margolis
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, NY 10020
Tel. (212) 610-6300
Fax (212) 610-6399
E-mail: daniel.margolis@allenovery.com

Noah A. Brumfield (*admitted in this District*)
Colby A. Davis (*admitted in this District*)
Megan M. Ines (*admitted in this District*)
ALLEN & OVERY LLP
1101 New York Ave NW,
Washington, DC 20005
Tel. (202) 683-3834
Fax (202) 683-3999
E-mail: noah.brumfield@allenovery.com
E-mail: colby.davis@allenovery.com
E-mail: megan.ines@allenovery.com

Mark D. Siegmund
Cherry Johnson Siegmund James, PLLC
400 Austin Ave., Ste 9th Floor
Waco, TX 76701
254-732-2242
Fax: 866-627-3509
Email: msiegmund@cjsjlaw.com

*Attorneys for Defendant Hon Hai Precision Industry Co., Ltd.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 13, 2024, the foregoing was served on all counsel of record by e-mail.

*By: Megan M. Ines*
Megan M. Ines
