# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| ACQIS LLC,<br>a Texas limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>HON HAI PRECISION INDUSTRY CO., LTD., d/b/a/ FOXCONN,<br><br>    Defendant. | No. 6:23-cv-00264-ADA<br><br>JURY TRIAL DEMANDED |

## JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER

Plaintiff ACQIS LLC and Defendant Hon Hai Precision Industry Co., Ltd., d/b/a/ Foxconn file this Joint Motion for Entry of Protective Order. Having agreed upon the terms included therein, the undersigned parties respectfully request that the Court grant this Motion and enter the Stipulated Protective Order attached hereto as Exhibit A.

Dated: March 14, 2024

Respectfully submitted,

By: /s/ David A. Caine w/ permission
Garrett C. Parish

David A. Caine
Arnold & Porter Kaye Scholer LLP
3000 El Camino Real, Building 5, Suite 500
Palo Alto, CA 94306
Tel: (650) 319-4500
Fax: (650) 319-4700
Email: david.caine@arnoldporter.com

*Of Counsel*:

Charles Everingham IV
Texas State Bar No. 00787447
E-mail: ce@wsfirm.com
Claire Abernathy Henry
Texas State Bar No. 00787447
E-mail: claire@wsfirm.com
Andrea L. Fair
Texas State Bar No. 24078488
E-mail: andrea@wsfirm.com
Garrett C. Parish
Email: gparish@wsfirm.com
WARD, SMITH & HILL, PLLC
1507 Bill Owens Parkway
Longview, TX 75604
Tel: (903) 757-6400
Fax: (903) 757-2323

*Attorneys for Plaintiff*
*ACQIS LLC*


By: */s/ Colby A. Davis w/ permission*
 *Garrett C. Parish*

 Mark D. Siegmund
 State Bar No. 24117055
 CHERRY JOHNSON SIEGMUND JAMES PLLC
 The Roosevelt Tower
 400 Austin Avenue, 9th Floor
 Waco, TX 76701
 Telephone: (254) 732-2242
 Facsimile: (866) 627-3509
 msiegmund@cjsjlaw.com

 Noah A. Brumfield
 Colby A. Davis
 Megan Ines
 ALLEN & OVERY LLP
 1101 New York Avenue NW
 Washington, D.C. 20005
 Telephone: (202) 683-3847

 Daniel Margolis
 ALLEN & OVERY LLP

1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 610-6375

***Attorneys for Defendant***
***Hon Hai Precision Industry Co., Ltd.***

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that on March 14, 2024 all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

*/s/ Garrett C. Parish*
Garrett C. Parish