IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| ACQIS LLC,<br>a Texas limited liability company,<br><br>        Plaintiff,<br><br>   v.<br><br>HON HAI PRECISION INDUSTRY CO.,<br>LTD., dba Foxconn, a Taiwanese corporation,<br><br>        Defendant. | Case No. 6:23-cv-264-ADA<br><br>JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE OF COUNSEL

Defendant Hon Hai Precision Industry Co., Ltd., dba Foxconn, a Taiwanese corporation (hereinafter "Hon Hai" or "Defendant") files this Notice of Appearance, and herby notifies the Court that Noah A. Brumfield, of the law firm Allen & Overy LLP, 1101 New York Ave NW, Washington, DC 20005, Telephone (202) 683-3881, Fax (202) 683-3999, E-mail: noah.brumfield@allenovery.com has entered this action as counsel for Hon Hai. In connection with this notice, Mr. Brumfield requests that all future pleadings and other papers filed under Fed. R. Civ.P. 5 be served on him at the above address and contact information.

Dated: March 14, 2024					Respectfully submitted,

					By: */s/ Noah A. Brumfield*
					        Noah A. Brumfield

					Daniel P. Margolis
					ALLEN & OVERY LLP
					1221 Avenue of the Americas
					New York, NY 10020
					Tel. (212) 610-6300
					Fax (212) 610-6399
					E-mail: daniel.margolis@allenovery.com

					Noah A. Brumfield (*admitted in this District*)
					Colby A. Davis (*admitted in this District*)
					Megan M. Ines (*admitted in this District*)
					ALLEN & OVERY LLP
					1101 New York Ave NW,
					Washington, DC 20005
					Tel. (202) 683-3834
					Fax (202) 683-3999
					E-mail: noah.brumfield@allenovery.com
					E-mail: colby.davis@allenovery.com
					E-mail: megan.ines@allenovery.com

					Mark D. Siegmund
					Cherry Johnson Siegmund James, PLLC
					400 Austin Ave., Ste 9th Floor
					Waco, TX 76701
					254-732-2242
					Fax: 866-627-3509
					Email: msiegmund@cjsjlaw.com

					*Attorneys for Defendant Hon Hai Precision Industry Co., Ltd.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 14, 2024, the foregoing was served on all counsel of record by e-mail.

*By: Noah A. Brumfield*
Noah A. Brumfield
