# Exhibit I

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

| | |
|---|---|
| ACQIS LLC, a Texas limited liability company, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, and SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, )<br>)<br>Defendants. )<br>_____) | Civil Action No.<br>2:20-cv-00295 |

REMOTE VIDEO-RECORDED DEPOSITION OF

MARC E. LEVITT, PH.D.

June 23, 2021

9:10 a.m. - 1:57 p.m.

Reported by: Carrie LaMontagne, CSR No. 13393



MAGNA
LEGAL SERVICES

ACQIS-00090280

```
 1   data/information.  And that is construed as
 2   information described in the USB specification, if
 3   I'm reading that correctly?
 4       A.   Yeah, I have it as USB protocol
 5   information.  So I'm not sure if it's slash data, I
 6   think is what you said.
 7       Q.   Yeah, you're right, it should just be USB
 8   protocol information?
 9       A.   Yes.
10       Q.   So what is data payload?
11       A.   So as described within my declaration, the
12   payload is -- the data payload is the field within
13   the data packet that holds data.  And data for
14   within USB is just a collection of bytes that
15   specifically has no real format or -- or exact
16   meaning within there, as -- as I talk about within
17   my declaration that USB does not impose really any
18   specific meaning to the data payload or the data
19   fields.
20       Q.   So you said USB doesn't.
21       But does the asserted patents describe what USB
22   data payload is?
23       A.   Please give me a second.
24       Q.   Yeah, please, take your time.
25       A.   From my review right now of the patent, I
```



MAGNA
LEGAL SERVICES

ACQIS-00090321

```
 1   do not see any specific exact mention of that --
 2   that term within the specification.  But it does
 3   refer to USB and various versions thereof within the
 4   specification.
 5       Q.   Okay.  So -- so that second construction
 6   we talked about, USB universal serial bus, paren,
 7   USB protocol information --
 8       A.   Yes.
 9       Q.   -- that is construed as information
10   described in USB specification, what USB
11   specification do you think that applies to?
12       A.   Well, within the -- within the patents and
13   what is mentioned in the time frame, it is -- it
14   would be the appropriate parts of USB 2.0 or
15   potentially earlier versions, which would be 1.1.
16       Q.   Did you say 1.1?
17       A.   Yeah, or 1.1, yes.  2.0 and earlier.  USB
18   1.0 never really made it out the door.
19       Q.   Okay. Thank you for that.  And, sorry, I
20   sort of cut you off again.
21            And I believe, at least in the '768 Patent,
22   they -- they mention USB 2.0.
23            Is that your recollection?
24       A.   That is my recollection and correct.
25       Q.   And you -- in your answer before, you
```


MAGNA
LEGAL SERVICES

ACQIS-00090322