# Exhibit K

FILED UNDER SEAL -- REDACTED IN ENTIRETY